**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01171-REB

WILLIS BERRY,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

**ORDER**

**Blackburn, J.**

This matter is before the court *sua sponte.* The parties have indicated their intent under D.C.COLO.LCivR 72.2(d) to consent to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c). To that end, on May 26, 2015, the parties filed **Consent Form** [#21][1]. However, the form submitted is that used for consenting to the exercise of such jurisdiction under the Pilot Program To Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges. The form required under Rule 72.2(d) is cited in the rule as "Consent to the Exercise of Jurisdiction by a United States Magistrate Judge," a copy of which is attached to this order.[2] If the parties persist under Rule 72.2(d) in their consent to the jurisdiction of a magistrate judge under 28 U.S.C. §

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] On the court's website under "Rules & Procedures" at "Forms" and then under "Local Rules of Practice Forms," the form is titled,"Notice of Availability of United States Magistrate Judge to Exercise Jurisdiction Under 28 U.S.C. § 636(c), Fed. R. Civ. P. 73,and D.C.COLO.LCivR 72.2 ("Standard Consent Form") with Instructions and Proposed Order."

636(c), they should complete and file the consent form attached to this order.

**THEREFORE, IT IS ORDERED** that by June 2, 2015, the parties may sign and file the attached form of consent.

Dated May 28, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge